**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MAGNACROSS, LLC       Plaintiff,   v.  CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS       Defendant | Case No. 2:15-cv-00844-JRG-RSP  LEAD CASE |
| v.  YIFANG USA INC. D/B/A E FUN          Defendant | Case No. 2:15-cv-00858-JRG-RSP (CONSOLIDATED) |

**ORDER**

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff Magnacross LLC and Defendant Yifang USA Inc., is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Magnacross LLC and Defendant Yifang USA Inc., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**SIGNED this 16th day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE